United States Gypsum Company, v. Thomas D. Randall et al. Economy Plumbing and Heating Company, Inc. et al., appellants, v. Johanna Habenicht, appellee. Gen. No. 40,500.

Opinion filed May 22, 1939.

Arthur J. Goldberg and Joseph B. Bergman, for appellants; Arthur J. Goldberg and Leonard G. Nierman, of counsel. Harry A. Biossat, for appellee Johanna Habenicht.

Mr. Justice O'Connor delivered the opinion of the court.

Wilma E. Kinney, appellant, v. Philip C. Lindgren et al., appellees. Gen. No. 40,480.

Opinion filed May 23, 1939.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Lester D. Summerfield, appellee, v. Harold A. Clark, appellant. The First National Bank of Chicago and Chicago Rawhide Manufacturing Company, Garnishees. Gen. No. 40,529.

Opinion filed June 19, 1939.

Dwight H. Green and Thomas Dodd Healy, for appellant. Cirese & Cirese, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

People of the State of Illinois ex rel. Oscar Nelson v. Home Bank and Trust Company. Beatrice Nowakowski et al., appellees, v. E. E. Mueller, appellant. Gen. No. 40,523.

Opinion filed June 19, 1939. Rehearing denied June 30, 1939.

Roy D. Keehn and W. M. Keeley, for appellant. Charles M. Haft, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.